IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-221-GCM

BARBARA MOTT,
        Plaintiff,
v.

ORDER

SYNCHRONY BANK,
        Defendant.

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Julia B. Strickland,** filed May 3, 2018 [doc. # 36].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Strickland is admitted to appear before this court *pro hac vice* on behalf of Defendant, Synchrony Bank.

**IT IS SO ORDERED.**

Signed: May 3, 2018

Graham C. Mullen
United States District Judge