IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-221-GCM

| | |
|---|---|
| BARBARA MOTT, Plaintiff, v. SYNCHRONY BANK, Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Beth E. Terrell,** filed May 3, 2018 [doc. # 39].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Terrell is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Barbara Mott.

**IT IS SO ORDERED.**

Signed: May 7, 2018

Graham C. Mullen
United States District Judge