# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-221

| | |
|---|---|
| BARBARA MOTT,<br>*on behalf of herself and others similarly situated*,<br><br>          **Plaintiff,**<br><br>v.<br><br>SYNCHRONY BANK,<br><br>          **Defendant.** | **ORDER** |

      **THIS MATTER** is before the Court on Defendant's Motion to Stay (Doc. No. 47). Plaintiff does not oppose the Motion.

      Plaintiff initially filed this suit in the Middle District of Florida on February 2, 2018. On April 25, 2018, Judge Scriven transferred the case to this district because a substantially similar case, *Neal v. Walmart Stores, Inc.*, No. 3:17-cv-022, was filed earlier in this district. This Court previously imposed a 60-day stay in *Neal* due to pending motions to transfer in this case and in another substantially similar case, *Campbell v. Synchrony Bank*, No. 1:17-cv-080-MAD-DJS (N.D.N.Y. filed Jan. 25, 2017). The motion to transfer is still currently pending in *Campbell*.

      The Court finds that staying this matter in order to allow time for the resolution of the motion to transfer in *Campbell* is appropriate in light of the interests of judicial economy and efficiency of the discovery and class certification processes.

Accordingly, the Court hereby **ORDERS** that this matter is stayed through June 25, 2018, subject to an early termination of the stay upon the resolution of the motion to transfer in *Campbell*.

**SO ORDERED.**

Signed: May 29, 2018

Graham C. Mullen
United States District Judge