IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-00221-GCM

| | |
|---|---|
| **BARBARA MOTT,** *on behalf of herself and all others similarly situated*, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SYNCHRONY BANK,** )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon the Unopposed Motion of Defendant Synchrony Bank for an order extending the temporary stay of this action (Doc. No. 51). It appears to the Court that Synchrony Bank has shown good cause for the requested extension of the temporary stay. The Court therefore finds that the Motion should be **GRANTED**. However, the Court finds that a stay of 60 days is more appropriate than the indefinite nature of the proposed stay.

**IT IS THEREFORE ORDERED** that this matter is stayed through September 7, 2018, subject to early termination upon resolution of the Motion to Transfer in *Campbell v. Synchrony Bank,* Case No. 1:17-cv-00080-MAD-DJS, pending in the United States District Court for the Northern District of New York.

**SO ORDERED.**

Signed: July 9, 2018

Graham C. Mullen
United States District Judge