# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00221-GCM

| | |
|---|---|
| **BARBARA MOTT,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| **v.** | ) **ORDER**<br>) |
| **SYNCHRONY BANK,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER COMES** before this Court on the Joint Motion of the parties to lift the temporary stay in this case. Additionally, this matter is before this Court on the Court's own motion to hold a status conference to address pre-trial management issues.

As to the Joint Motion to lift the temporary stay in this case, this Court finds that the parties have shown good cause for the termination of the stay. Therefore, the parties' Joint Motion is **GRANTED**.

On its own Motion, the Court also orders a status conference to be held on October 24, 2018 at 10:30 a.m. Before this Court are three separate class action suits against Synchrony Bank for alleged violations of the Telephone Consumer Protection Act.[1] The Court intends to hold a joint status conference with the parties from each of those three cases to determine whether consolidation for purposes of discovery is needed. Additionally, the Court intends to discuss bifurcating discovery into class certification discovery and merits discovery. The parties should come prepared to discuss each of those topics.

---

[1] *Neal v. Wal-Mart, Inc. d/b/a Walmart*, 3:17-cv-00022 (W.D.N.C. filed 01/17/2017); *Campbell v. Synchrony Bank*, 3:18-cv-00501 (N.D.N.Y. filed 01/25/2017); *Mott v. Synchrony Bank*, 3:18-cv-00221 (M.D. Fla. filed 02/02/2018).

Therefore, the parties' Joint Motion to lift the temporary stay is **GRANTED**. Additionally, the Court orders a joint status conference to be held in each of the three associated cases on October 24, 2018 at 10:30 a.m. in Courtroom 2-2.

**SO ORDERED**.

Signed: October 1, 2018

Graham C. Mullen
United States District Judge